

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 12, 2025

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED
SO ORDERED
/s/ [Castel]
USDJ
10-14-25

Re:   *United States v. Jamaal Wade*, 25 Cr. 290 (PKC)

Dear Judge Castel:

Sentencing in the above matter is scheduled for October 21, 2025, and the Government's sentencing submission is currently due on October 14, 2025. In light of the seven-day extension of the due date for the defendant's sentencing submission, which is now also due on October 14, 2025 (Dkt. 50), the Government respectfully requests a three-day extension, to October 17, 2025, to file its sentencing submission. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Getzel Berger
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc: Mark Gombiner, Esq. (by ECF)