UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA                           **Order of Restitution**

v.

JAMAAL WADE                                        25 Cr. 290 (PKC)

_____

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Getzel Berger, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1.      **Amount of Restitution**

JAMAAL WADE the defendant, shall pay restitution in the total amount of $18,000, pursuant to 18 U.S.C. §§ 2429, 2259, 3663, and 3663A, and pursuant to the plea agreement executed on June 25, 2025, to the following victims of the defendant's possession of child pornography, who are identified by pseudonyms:

| Pseudonym | CSAM Series | Address | Restitution Amount | % of Total |
|---|---|---|---|---|
| "Aaron" | "TubTime1" | Moore & Van Allen PLLC (Aaron) Attn: Sarah Byrne 100 N. Tryon Street, Suite 4700 Charlotte, NC 28202 | $3,000 | 16.6% |
| "Dipper" | "Jester" | Deborah A. Bianco, in Trust for Dipper P.O. Box 6503 Bellevue, WA 98008 | $5,000 | 27.7% |
| "Liam" | "BluePlaid1" | Restore the Child, in Trust for Liam Restore the Child, PLLC 2522 N. Proctor St, Ste 85 Tacoma Washington, 98406 | $10,000 | 55.5% |

The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim listed above has recovered the total amount of each loss from the restitution paid by the defendant.

2025.02.20

Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Restitution is not joint and several with others not named herein.

### 2. Apportionment Among Victims

Restitution shall be paid to the victims listed above on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth in the above table.

### 3. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least 10 percent of the defendant's gross income, payable on the first day of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

**4.      Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

**5**.      **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

**6.      Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

2025.02.20                                                          3

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

until the estate receives a written release of that liability.


SO ORDERED:

_____          12/22/2025
THE HON. P. KEVIN CASTEL                  DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                                4